# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carsten Quinlan, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Washington County, City of Woodbury,<br>Kim Richardson, Hailey Dornfeld,<br>Keshini Ratnayake, Tom Wedes,<br>Mathew Stephenson, Chris Murphy,<br>and Unknown John/Jane Doe(s),<br><br>        Defendants. | Case No. 24-cv-2782 (PAM/ECW)<br><br>**WORD COUNT CERTIFICATE** |

I hereby certify that Defendants' Memorandum in Support of Motions for More Definite Statement and/or to Strike Plaintiff's Amended Complaint conforms to the requirements of Local Rule 7.1(c). Defendants' Memorandum contains 5,051 words and the word processing program has been applied specifically to include all text, including headings, footnotes and quotations. The name and version of the word processing software used to prepare the memorandum is Microsoft Office 365.

                                                                  **JARDINE, LOGAN & O'BRIEN P.L.L.P.**

Dated: July 19, 2024

                                           By: s/ Vicki A. Hruby
                                                **JOSEPH E. FLYNN**, #165712
                                                **VICKI A. HRUBY**, #0391163
                                       8519 Eagle Point Boulevard, Suite 100
                                       Lake Elmo, MN 55042-8624
                                       Telephone:  (651) 290-6500
                                       Facsimile: (651) 223-5070
                                       jflynn@jlolaw.com
                                       vhruby@jlolaw.com

                                       ***Attorneys for Defendants City of Woodbury***
                                       ***and Kim Richardson***